UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **HANOVER AMERICAN INSURANCE CO** | **CASE NO. 6:21-CV-01610** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **EDUARDO JENKINS LANDSCAPE ARCHITECT & PLANNER L L ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## MEMORANDUM ORDER

Before the Court is the Motion to Dismiss pursuant to F.R.C.P. Rule 12(b)(1) filed by Defendants, William and Jo Ann Forlander. Defendants, Eduardo Jenkins Landscape Architect & Planner, LLC and Eduardo Jenkins (collectively "Jenkins"), consent to the Motion. (Rec. Doc. 10). Plaintiff, The Hanover American Insurance Company, opposed the Motion (Rec. Doc. 16).

The Forlanders filed suit in April 2019 in the 19th Judicial District Court in East Baton Rouge Parish, Louisiana against Jenkins for allegedly defective and incomplete work on the Forlanders' backyard project. (*Forlander v. Jenkins*, Docket No. C-682337, Div. 25). (Rec. Doc. 1-5). Hanover has been defending Jenkins in the underlying state court suit. (Rec. Doc. 1, ¶18). Nearly two years after the Forlanders filed the state court suit, Hanover filed the instant Complaint for Declaratory Action against the Forlanders and Jenkins alleging that is not obligated to defend Jenkins

and does not provide coverage for the Forlanders' claims. (Rec. Doc. 1). Thereafter, the Forlanders amended their state court suit to name Hanover as a defendant. (Rec. Doc. 10-2). The Forlanders now urge the Court to abstain from exercising jurisdiction over Hanover's Declaratory Action, or alternatively, to stay this litigation pending resolution of the underlying state court matter.

In response to the Forlanders' Motion, Hanover contends that it will no longer be a party to the underlying state court suit once the state court grants its pending exception of no right of action. Hanover argued in state court that the Forlanders have no direct right of action against it as Jenkins's insurer. Upon review of the briefs, the Court finds that the state court's ruling on Hanover's pending exception could affect this Court's ruling as to whether Hanover's Declaratory Action should be dismissed pursuant to the *Trejo* factors. Accordingly,

IT IS ORDERED that this matter is STAYED pending the state court's ruling on Hanover's Peremptory Exception of No Right of Action.

IT IS FURTHER ORDERED that Hanover shall file a supplemental opposition to the Forlanders' Motion to Dismiss within seven (7) days of the state court's ruling, advising the Court of the state court's ruling and attaching a copy thereof. The Forlanders shall be allowed seven (7) days from the date of Hanover's supplemental opposition to file a reply.

THUS DONE in Chambers, Lafayette, Louisiana on this 5th day of October, 2021.

*[signature]*

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE