UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE HANOVER AMERICAN INSURANCE COMPANY<br><br>VS.<br><br>EDUARDO JENKINS LANDSCAPE ARCHITECT & PLANNER, LLC, EDUARDO JENKINS, WILLIAM THOMAS FOLANDER, JO ANN FORLANDER | *  CIVIL DOCKET NO: 6:21-CV-01610<br>*<br>*<br>*  JUDGE ROBERT R. SUMMERHAYS<br>*<br>*<br>*  MAG. JUDGE CAROL B. WHITEHURST<br>*<br>*<br>*  LAFAYETTE DIVISION<br>* |

## MEMORANDUM IN SUPPORT OF
## CO-DEFENDANT'S FED. R. CIV. P. 12(B)(1) MOTION TO DISMISS

**MAY IT PLEASE THE COURT:**

Named Defendants, Eduardo Jenkins and Eduardo Jenkins Landscape Architect & Planner, LLC ("Jenkins"), hereby make an appearance in this matter to join in and file the following Memorandum in Support of the Fed. R. Civ. P. 12(b)(1) Motion to Dismiss which was filed on behalf of co-Defendants, William Thomas Forlander and Jo Ann Forlander (R. Doc. 10).

Jenkins was also named a defendant herein and executed a waiver of service in exchange for a 60 day extension to file responsive pleadings. During that time period, the Forlanders filed the instant Motion to Dismiss, which Jenkins consented to, regarding abstention form hearing the claims herein of Hanover as the claims at issue have been pending in state court for two years. Hanover filed an Opposition to the Motion to Dismiss (R. Doc. 16), and on October 5, 2021, this Honorable Court issued an Order herein (R. Doc. 17), thereby staying this action pending the state court's ruling on Hanover's Peremptory Exception of No Right of Action.

Out of an abundance of caution, Named Defendants, Eduardo Jenkins and Eduardo Jenkins Landscape Architect & Planner, LLC ("Jenkins"), hereby make an appearance in this

matter to join in the Fed. R. Civ. P. 12(b)(1) Motion to Dismiss which was filed on behalf of co-Defendants, William Thomas Forlander and Jo Ann Forlander (R. Doc. 10), and hereby adopt the arguments made on behalf of the Forlanders as reasons for granting the dismissal. Moreover, Jenkins shows that it will also be filing subsequent pleadings in the state court thereby making claims against Hanover therein regarding insurance coverage and defense obligations, along with ancillary claims against Hanover. Upon filing of these claims in the state court proceeding, Jenkins will supplement the record of these proceedings with copies of the same.

WHEREFORE, for the above reasons and those contained within the Forlander's Motion to Dismiss (R. Doc. 10), Named Defendants, Eduardo Jenkins and Eduardo Jenkins Landscape Architect & Planner, LLC, hereby pray that this Honorable Court's Stay Order remain in force and effect and that after due proceedings, that the Motion to Dismiss be granted thereby dismissing the instant claims of Hanover American Insurance Company.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

/s/ Christopher A. Mason
Van R. Mayhall, Jr., La. Bar Roll No. 9183
Christopher A. Mason, La. Bar Roll No. 29328
Katherine M. Cook, La. Bar Roll No. 37640
*Counsel for Defendants, Eduardo Jenkins and Eduardo Jenkins Landscape Architect & Planner, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has, this date, been electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all CM/ECF participants.

Baton Rouge, Louisiana, this 7th day of October, 2021.


      /s/ *Christopher A. Mason*
      **Christopher A. Mason, La. Bar Roll No. 29328**