## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | | |
|---|---|---|
| **THE HANOVER AMERICAN INSURANCE COMPANY,** | * * | **CIVIL ACTION NO.: 6:21-cv-01610** |
| **Plaintiff,** | * | |
| vs. | * * | **JUDGE: Robert R. Summerhays** |
| **EDUARDO JENKINS LANDSCAPE ARCHITECT & PLANNER, LLC, EDUARDO JENKINS, WILLIAM THOMAS FORLANDER, JO ANN FORLANDER** | * * * * * | **MAGISTRATE JUDGE: Carol B. Whitehurst** |
| **Defendants.** | * * | |

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

## JOINT MOTION TO DISMISS WITH PREJUDICE

ON MOTION OF Plaintiff, The Hanover American Insurance Company ("Plaintiff") and Defendants Eduardo Jenkins Landscape Architect & Planner, LLC, Eduardo Jenkins, William Thomas Forlander, and Jo Ann T. Nicko (formerly known and identified as Jo Ann Forlander in the caption of this suit) (collectively "Defendants"), each appearing herein through undersigned counsel, who submit that all of Plaintiff's claims against Defendants and the entire lawsuit should be dismissed, with prejudice, and without any reservations whatsoever, and with each party to bear its own costs.

Respectfully Submitted:

*/s/ Abigail F. Gerrity*
**Kristopher T. Wilson, Bar #23978 (T.A.)**
**Abigail F. Gerrity, Bar #35777**
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, LA 70130

Telephone: 504-568-1990
Facsimile: 504-310-9195
Email: kwilson@lawla.com
  agerrity@lawla.com
**Attorneys for The Hanover American Insurance Company**

Respectfully Submitted:

*/s/ Brandon C. Briscoe*
**Harold J. Flanagan, Bar #24091**
**Sean P. Brady, Bar #30410**
**Brandon C. Briscoe, Bar #29542**
**FLANAGAN PARTNERS LLP**
201 St. Charles Ave., Suite 3300
New Orleans, LA 70170
Telephone: 504-569-0235
Facsimile: 504-592-0251
Email: hflanagan@flanaganpartners.com
  sbrady@flanaganpartners.com
  bbriscoe@flanaganpartners.com
**Attorneys for William Thomas Forlander and Jo Ann Forlander**

Respectfully Submitted:

*/s/ Christopher A. Mason*
**Van R. Mayhall, Bar #9183**
**Christopher A. Mason, Bar #29328**
**Breazeale, Sachse, & Wilson, L.L.P.**
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Facsimile: 225-381-8029
Email: van.mayhall.jr@bswllp.com
  Chris.Mason@bswllp.com
**Personal Counsel for Eduardo Jenkins Landscape Architect & Planner, LLC and Eduardo Jenkins**