## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | | |
|---|---|---|
| **THE HANOVER AMERICAN INSURANCE COMPANY,** | * * | **CIVIL ACTION NO.: 6:21-cv-01610** |
| Plaintiff, | * | |
| vs. | * * | **JUDGE:  Robert R. Summerhays** |
| **EDUARDO JENKINS LANDSCAPE ARCHITECT & PLANNER, LLC, EDUARDO JENKINS, WILLIAM THOMAS FORLANDER, JO ANN FORLANDER** | * * * * * | **MAGISTRATE JUDGE:  Carol B. Whitehurst** |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

## **ORDER**

Considering the foregoing Joint Motion to Dismiss With Prejudice;

IT IS ORDERED that Plaintiff, The Hanover Insurance Company's claims against Eduardo Jenkins Landscape Architect & Planner, LLC, Eduardo Jenkins, William Thomas Forlander, and Jo Ann T. Nicko (formerly known and identified as Jo Ann Forlander in the caption of this suit), are hereby dismissed, with prejudice, with each party to bear its own costs.

IT IS FURTHER ORDERED that the entire lawsuit should be dismissed, with prejudice, and without any reservations whatsoever.

Lafayette, Louisiana this, the 4th day of March, 2022.

_____
**The Honorable Robert R. Summerhays**
UNITED STATES DISTRICT JUDGE